UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,

    Plaintiff,

v.                                                               Case No. 3:25cv14-MCR-HTC

CAPT. RYAN ASHLEY
MCCORMICK, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation dated January 15, 2025 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted and this case be DISMISSED WITHOUT PREJUDICE because Short is a three-striker who must pay the full filing fee and failed to do so. Also, given Short's history of filing frivolous litigation, he is prohibited from filing a new case unless he is represented or is allowed permission to do so by the Court.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as an impermissible shotgun pleading, which fails to state a claim for relief, and for failure to follow order of the Court.

3. The clerk is directed to close the file.

4. Any future filing by Short relating to his conditions of confinement will not be accepted by the Court unless filed by counsel or Short obtains approval from the court to file it *pro se*. Instead, the clerk is directed to stamp as received any future filing and, rather than immediately initiating a case, send it to a magistrate judge for screening. Only if the magistrate judge approves the filing will the clerk open a case based on the filing.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv14-MCR-HTC